UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RHIA MAYWEATHER, et al.,<br><br>  Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA, CVSM, LLC, et al.,<br><br>  Defendant(s). | Case No.: 2:20-cv-01111-APG-VCF<br><br>**ORDER**<br><br>(Docket No. 13) |

Pending before the Court is the parties' stipulation to delay ENE start time until 9:45 a.m. Docket No. 13.  For good cause shown, the Court **GRANTS** the parties' stipulation.  *Id.*  All other requirements in the Court's order at Docket No. 9 remain in effect.

IT IS SO ORDERED.

Dated: August 10, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1