BURKE HUBER, ESQ.
Nevada Bar No. 10902
RICHARD HARRIS LAW FIRM
801 South Fourth St.
Las Vegas, NV 89101
Tel.    (702) 444-4444
Fax    (702) 444-4455
Email: burke@richardharrislaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RHIA MAYWEATHER, an individual; JESSIE WALLER, an individual; ASHLEY LEE, an individual; JESSICA BLAIR, an individual,<br><br>       Plaintiff,<br>vs.<br><br>CVSM, LLC DBA CENTERFOLDS CABARET; a Nevada Limited Liability Company; STEVE PAIK, an individual; SHAUN MCDIVITT, an individual, and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>       Defendants. | CASE NO.: 2:20-cv-0111-APG-VCF<br><br><br><br>**MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** |

TO THE HONORABLE COURT AND DEFENDANTS:

Plaintiffs, by and through his undersigned counsel of record BURKE HUBER, ESQ., of

the RICHARD HARRIS LAW FIRM, and hereby requests that RICHARD HARRIS, ESQ. be

removed from the list of counsel representing Plaintiff as he was never included as counsel for

Plaintiffs.   It is further requested that RICHARD HARRIS, ESQ. be removed from the

electronic service list for this matter.

1

Plaintiff has been represented by undersigned counsel of record, BURKE HUBER, ESQ.

of the RICHARD HARRIS LAW FIRM, since the onset of this case so no party will be
~~Richard Harris, Esq.~~

prejudiced by the withdrawal of ~~Mr. Cloward~~ from this matter.

DATED: 8/19/2020.

RICHARD HARRIS LAW FIRM

*/s/ Burke Huber*

_____

**BURKE HUBER ESQ.**
Nevada Bar No. 10902
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____

Cam Ferenbach
United States Magistrate Judge

8-20-2-2020

Dated:_____

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of RICHARD HARRIS LAW FIRM, and that on this date 19th day of August, 2020, I served a copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** upon the following via electronic service through the United State District of Nevada's EFC system:

**COHEN JOHNSON PARKER EDWARDS**
H. STAN JOHNSON, ESQ.
Nevada Bar No.: 265
sjohnson@cohenjohnson.com
KEVIN M. JOHNSON, ESQ.
Nevada Bar No.: 14551
kjohnson@cohenjohnson.com
375 E. Warm Springs Road, Ste. 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400


/s/  *Ruth Ayala*
An Employee of RICHARD HARRIS LAW FIRM
Email: ruth@richardharrislaw.com

3