Burke Huber
Nevada State Bar No. 10902
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 444-4444
Email: burke@richarcharrislaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RHIA MAYWEATHER, an individual; JESSIE WALLER, an individual; ASHLEY LEE, an individual; JESSICA BLAIR, an individual,<br><br>Plaintiff,<br>vs.<br><br>CVSM, LLC DBA CENTERFOLDS CABARET; a Nevada Limited Liability Company; STEVE PAIK, an individual; SHAUN MCDIVITT, an individual, and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01111-APG-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs through their counsel, Burke Huber, at the Richard Harris Law Firm, and Defendants, through their counsel of record, Kevin M. Johnson, Esq., at the law firm Cohen, Johnson, Parker, Edwards, that Plaintiff shall have an extension to file a second amended complaint [ECF No. 30]. Plaintiffs shall have up to and including April 20, 2021 to file a second amended complaint.

This Stipulation is submitted and based upon the following:

1. On March 23, 2021, the Court granted part of Defendant's motion to dismiss.

2. Plaintiffs were granted 14 days leave to file a second amended complaint.

3. Plaintiffs' counsel needed additional time to consult with all Plaintiffs and due to Covid19 protocols, this has been made difficult.

4. Mr. Huber reached out to Mr. Johnson who courteously agreed to agree to a fourteen (14) day extension.

5. This is the first request for an extension of time for Plaintiffs to file a second amended complaint.

6. This request is made in good faith and not for the purpose of delay.

7. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 6th day of April, 2021.

| **RICHARD HARRIS LAW FIRM** | **COHEN JOHNSON PARKER EDWARDS** |
|---|---|
| */s/ Burke Huber* | */s/ Kevin Johnson* |
| Richard Harris, Bar No. 505 | H. STAN JOHNSON, ESQ. |
| Benjamin Cloward, Bar No. 11087 | Nevada Bar No.: 265 |
| Burke Huber, Bar No. 10902 | sjohnson@cohenjohnson.com |
| 801 S. Fourth Street | KEVIN M. JOHNSON, ESQ. |
| Las Vegas, Nevada 89101 | Nevada Bar No.: 14551 |
| *Attorney for Plaintiff* | kjohnson@cohenjohnson.com |
| | 375 E. Warm Springs Road, Ste. 104 |
| | Las Vegas, Nevada 89119 |
| | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Judge

Dated: April 7, 2021

2