Burke Huber
Nevada State Bar No. 10902
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 444-4444
Email: burke@richarcharrislaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RHIA MAYWEATHER, an individual; JESSIE WALLER, an individual; ASHLEY LEE, an individual; JESSICA BLAIR, an individual,<br><br>Plaintiff,<br>vs.<br><br>CVSM, LLC DBA CENTERFOLDS CABARET; a Nevada Limited Liability Company; STEVE PAIK, an individual; SHAUN MCDIVITT, an individual, and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01111-APG-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs through their counsel, Burke Huber, at the Richard Harris Law Firm, and Defendants, through their counsel of record, Kevin M. Johnson, Esq., at the law firm Cohen, Johnson, Parker, Edwards, that Plaintiff shall have an extension to file a second amended complaint [ECF No. 30]. Plaintiffs shall have up to and including April 21, 2021 to file a second amended complaint.

This Stipulation is submitted and based upon the following:

1. On March 23, 2021, the Court granted part of Defendant's motion to dismiss.

2. Plaintiffs were granted 14 days leave to file a second amended complaint.

3. Plaintiffs' counsel is in need of one additional day of extension.

4. Mr. Huber reached out to Mr. Johnson who courteously agreed to agree to allow him an additional day.

5. This is the second request for an extension of time for Plaintiffs to file a second amended complaint.

6. This request is made in good faith and not for the purpose of delay.

7. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 20th day of April, 2021.

| **RICHARD HARRIS LAW FIRM** | **COHEN JOHNSON PARKER EDWARDS** |
|---|---|
| */s/ Burke Huber* <br> Richard Harris, Bar No. 505 <br> Benjamin Cloward, Bar No. 11087 <br> Burke Huber, Bar No. 10902 <br> 801 S. Fourth Street <br> Las Vegas, Nevada 89101 <br> *Attorney for Plaintiff* | */s/ Kevin Johnson* <br> H. STAN JOHNSON, ESQ. <br> Nevada Bar No.: 265 <br> sjohnson@cohenjohnson.com <br> KEVIN M. JOHNSON, ESQ. <br> Nevada Bar No.: 14551 <br> kjohnson@cohenjohnson.com <br> 375 E. Warm Springs Road, Ste. 104 <br> Las Vegas, Nevada 89119 <br> *Attorneys for Defendants* |

### **ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: 4-22-2021

2