**COHEN JOHNSON**
H. STAN JOHNSON, ESQ.
Nevada Bar No.: 265
sjohnson@cohenjohnson.com
KEVIN M. JOHNSON, ESQ.
Nevada Bar No.: 14551
kjohnson@cohenjohnson.com
375 E. Warm Springs Road, Ste. 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RHIA MAYWEATHER, an individual; JESSIE WALLER an individual; and JESSICA BLAIR, an individual, ASHLEY LEE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CVSM, LLC dba CENTERFOLDS CABARET; a Nevada Limited Liability Company; STEVE PAIK, an individual; SHAUN MCDIVITT, an individual, and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendant. | Case No.: 2:20-cv-01111-APG-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION DEADLINE** |

**COMES NOW**, all parties, by and through their counsel of record, stipulate to continue the Dispositive Motion deadline currently set for March 18th, 2022 until April 1st, 2022. The parties have been anxiously engaged in settlement discussions and wish to preserve resources. In addition, Counsel for both Plaintiffs and Defendants have been ill which has been filing dispositive motions by the deadline difficult.

///

///

///

| | |
|---|---|
| DATED the 18th day of March 2022. | DATED the 18th day of March 2022. |
| RICHARD HARRIS LAW FIRM | COHEN\|JOHNSON |
| /s/ Burke Huber | /s/ Kevin Johnson |
| BURKE HUBER, ESQ.<br>burke@richardharrislaw.com<br>801 South Fourth Street<br>Las Vegas, NV 89101<br>Phone: (702) 444-4444<br>Fax: (702) 444-4445<br>*Attorneys for Plaintiffs* | H. STAN JOHNSON, ESQ.<br>sjohnson@cohenjohnson.com<br>KEVIN M. JOHNSON, ESQ.<br>kjohnson@cohenjohnson.com<br>375 E. Warm Springs Road, Ste. 104<br>Las Vegas, Nevada 89119<br>Telephone: (702) 823-3500<br>Facsimile: (702) 823-3400<br>*Attorneys for Defendants* |

**ORDER**

**IT IS HEREBY ORDERED** that upon stipulation of counsel and good cause appearing therefore, the parties Stipulation and Order to Continue Dispositive Motion Deadline is hereby approved. Dispositive Motions will be due on April 1st, 2022.

DATED this 28th day of March, 2022.

_____
Cam Ferenbach
United States Magistrate Judge