**COHEN JOHNSON**
H. STAN JOHNSON, ESQ.
Nevada Bar No.: 265
sjohnson@cohenjohnson.com
KEVIN M. JOHNSON, ESQ.
Nevada Bar No.: 14551
kjohnson@cohenjohnson.com
375 E. Warm Springs Road, Ste. 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RHIA MAYWEATHER, an individual; JESSIE WALLER an individual; and JESSICA BLAIR, an individual, ASHLEY LEE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CVSM, LLC dba CENTERFOLDS CABARET; a Nevada Limited Liability Company; STEVE PAIK, an individual; SHAUN MCDIVITT, an individual, and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendant. | Case No.: 2:20-cv-01111-APG-VCF<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION DEADLINE** |

**COMES NOW**, all parties, by and through their counsel of record, stipulate to continue the Dispositive Motion deadline currently set for April 1st, 2022 until May 15th, 2022. The parties have been anxiously engaged in settlement discussions and wish to preserve resources. The parties have reached an agreement regarding two Plaintiffs and are working anxiously to complete this settlement regarding the remaining Plaintiffs. In addition, Counsel for both Plaintiffs and Defendants have been ill which has been filing dispositive motions by the deadline difficult. Finally, Counsel for Plaintiffs will have surgery in April which will complicate his ability to file a dispositive motion in this matter.

DATED the 31st day of March 2022.

RICHARD HARRIS LAW FIRM

/s/ Burke Huber
BURKE HUBER, ESQ.
burke@richardharrislaw.com
801 South Fourth Street
Las Vegas, NV 89101
Phone: (702) 444-4444
Fax: (702) 444-4445
*Attorneys for Plaintiffs*

DATED the 31st day of March 2022.

COHEN|JOHNSON

/s/ Kevin Johnson
H. STAN JOHNSON, ESQ.
sjohnson@cohenjohnson.com
KEVIN M. JOHNSON, ESQ.
kjohnson@cohenjohnson.com
375 E. Warm Springs Road, Ste. 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Defendants*

## ORDER

**IT IS HEREBY ORDERED** that upon stipulation of counsel and good cause appearing therefore, the parties Stipulation and Order to Continue Dispositive Motion Deadline is hereby approved. Dispositive Motions will be due on May 15th, 2022.

DATED this 1st day of April, 2022.

_____
Cam Ferenbach
United States Magistrate Judge