**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RHIA MAYWEATHER, an individual; JESSIE WALLER, an individual; ASHLEY LEE, an individual; JESSICA BLAIR, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>CVSM, LLC DBA CENTERFOLDS CABARET; a Nevada Limited Liability Company; STEVE PAIK, an individual; SHAUN MCDIVITT, an individual, and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendant(s). | 2:20-cv-01111-APG-VCF<br><br>**ORDER** |

Before me are the motions to withdraw as attorneys of record for plaintiff (ECF Nos. 47 & 48).

Accordingly,

I ORDER that an in-person hearing is scheduled for 1:00 PM, June 3, 2022, in Courtroom 3D, on the motions to withdraw as attorneys of record for plaintiff (ECF Nos. 47 & 48).

I FURTHER ORDER that plaintiffs Rhia Mayweather and Jessica Blair must be present at the hearing on June 3, 2022, at 1:00 PM, in Courtroom 3D, United States District Court, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

DATED this 10th day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1