**COHEN JOHNSON**
KEVIN M. JOHNSON, ESQ.
Nevada Bar No.: 14551
kjohnson@cohenjohnson.com
375 E. Warm Springs Road, Ste. 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RHIA MAYWEATHER, an individual; JESSIE WALLER an individual; and JESSICA BLAIR, an individual, ASHLEY LEE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CVSM, LLC dba CENTERFOLDS CABARET; a Nevada Limited Liability Company; STEVE PAIK, an individual; SHAUN MCDIVITT, an individual, and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendant. | Case No.: 2:20-cv-01111-APG-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION DEADLINE** |

**COMES NOW**, all parties, by and through their counsel of record, stipulate to continue the Dispositive Motion deadline currently set for May 16th, 2022 until July 16th, 2022. The parties have settled this matter as to Plaintiffs Jessie Waller and Ashley Lee and have filed a stipulation to dismiss these parties. Counsel for Rhia Mayweather and Jessica Blair has filed a Motion to Withdraw as Counsel for each of these parties due to a significant impasse regarding how to prosecute this matter. The parties seek to continue this deadline so as to allow for the withdrawal of Counsel for Plaintiffs without prejudicing the remaining Plaintiffs who will need time to secure new counsel.

///

///

| | |
|---|---|
| DATED the 10ˢᵗ day of May 2022. | DATED the 10ˢᵗ day of May 2022. |
| RICHARD HARRIS LAW FIRM | COHEN\|JOHNSON |
| /s/ Burke Huber | /s/ Kevin Johnson |
| BURKE HUBER, ESQ. | KEVIN M. JOHNSON, ESQ. |
| burke@richardharrislaw.com | kjohnson@cohenjohnson.com |
| 801 South Fourth Street | 375 E. Warm Springs Road, Ste. 104 |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89119 |
| Phone: (702) 444-4444 | Telephone: (702) 823-3500 |
| Fax: (702) 444-4445 | Facsimile: (702) 823-3400 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**ORDER**

**IT IS HEREBY ORDERED** that upon stipulation of counsel and good cause appearing therefore, the parties Stipulation and Order to Continue Dispositive Motion Deadline is hereby approved. Dispositive Motions will be due on July 16th, 2022.

DATED this 11th day of May, 2022.

_____
Cam Ferenbach
United States Magistrate Judge